IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00536-EWN-BNB

PROHOME, INC., a Kansas corporation, and
PROHOME INTERNATIONAL, LLC, a Nevada limited liability company,

Plaintiffs,

v.

MHS HOLDINGS, LLC, a Colorado limited liability company, and
LARRY S. JOHNSON, an individual resident of Colorado,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion for Leave to Amend Complaint** [docket no. 14, filed May 11, 2006] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept for filing Attachments 1 and 2 to docket no. 16, First Amended Complaint and Exhibits A and B, for filing.


DATED:  May 11, 2006