IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00536-EWN-BNB

PROHOME, INC., a Kansas corporation, and
PROHOME INTERNATIONAL, LLC, a Nevada limited liability company,

Plaintiffs,

v.

MHS HOLDINGS, LLC, a Colorado limited liability company,

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

  This matter is before the Court on the **Unopposed Motion to Change Caption** [docket no. 22, filed May 15, 2006] (the "Motion").

  IT IS ORDERED that the Motion is GRANTED. The caption is amended as shown above and all future filings shall show only MHS Holdings, LLC, a Colorado limited liability company as defendant.

DATED:  May 16, 2006