**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-cv-00536-EWN-BNB

PROHOME, INC., a Kansas Corporation; and
PROHOME INTERNATIONAL, LLC, a Nevada limited liability company,

    Plaintiffs,

v.

MHS HOLDINGS, LLC, a Colorado limited liability company; and
LARRY S. JOHNSON, an individual resident of Colorado,

    Defendants.

_____

**ORDER OF STIPULATED PERMANENT INJUNCTION**
_____

The parties to this case have entered into a Confidential Settlement Agreement, and in accordance with the terms of that agreement have informed the Court that the parties stipulate to the terms of this Stipulated Permanent Injunction.

Having been apprised of the facts, and in accordance with Federal Rule of Civil Procedure 65(d),

IT IS HEREBY ORDERED:

Defendant MHS Holdings, LLC (hereinafter "MHS Holdings") is hereby prohibited from infringing Plaintiffs' ProHome, Inc. and ProHome International, LLC (hereinafter collectively "ProHome") trademark rights with respect to U.S. Trademark Registration No. 2,802,215 for the service mark PROHOME (hereinafter "ProHome Trademark"). MHS Holdings shall not utilize the ProHome Trademark, or any mark

confusingly similar thereto, in a manner that is likely to cause confusion in the operation of its business.

Upon written notification from ProHome, MHS Holdings shall use all reasonable efforts to assist ProHome in removing or correcting any infringing use of the ProHome Trademark not authorized by ProHome.  Reasonable efforts made by MHS Holdings may include, without limitation, providing appropriate written or other correspondence and follow-up communications directed to entities incorrectly utilizing the ProHome Trademark.  MHS Holdings shall provide such reasonable assistance to ProHome within ten (10) business days of receipt of notification from ProHome.  MHS Holdings' obligation hereunder does not include any obligation to search for or identify any potentially infringing use of the ProHome Trademark, nor does its obligation extend to any potentially infringing activities that have no connection to MHS Holdings or its members.

ORDERED this 25th day of August, 2006.

                                                s/ Edward W. Nottingham
                                                EDWARD W. NOTTINGHAM
                                                United States District Judge

Approved as to form:

| s/ *Todd P. Walker* | s/ *Gordon K. Hill* |
|---|---|
| Christopher P. Beall | Peter M. de Jonge |
| Todd P. Walker | Gordon K. Hill |
| Jennifer D. Collins | THORPE NORTH & WESTERN |
| FAEGRE & BENSON | |
| | Attorneys for Plaintiffs |
| Attorneys for Defendant | ProHome, Inc. and |
| MHS Holdings, LLC | ProHome International, LLC |